IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                           CV F 06 1685 OWW WMW   P

    vs.                                     ORDER RE MOTION (DOC 7 )

FIRST WATCH C/O,

        Defendant.

       Plaintiff has filed a motion for extension of time in which to file objections to the findings and recommendations.  Good cause appearing,  IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to March 27, 2007, to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:  February 26, 2007**          /s/  **William M. Wunderlich**
j14hj0                                             UNITED STATES MAGISTRATE JUDGE